AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 03-00058-002 |
| TERRANCE EDWARD JAMES ) | USM No: 08507-003 |
| Date of Original Judgment: 12/15/2003 ) | |
| Date of Previous Amended Judgment: 05/23/2008 ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

When the defendant's sentence was reduced in 2008, he was sentenced to the statutory minimum mandatory of 120 months, and he is therefore not eligible for a further reduction.

Except as otherwise provided, all provisions of the judgment dated  05/23/2008  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 11/03/2011 | /s/ Callie V. S. Granade |
| | *Judge's signature* |
| Effective Date: _____ | U. S. District Judge |
| *(if different from order date)* | *Printed name and title* |